UNITED STATES OF AMERICA
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARY MARTURELLO, indiv. and as Guardian of REBECCA MARTURELLO, an as personal rep. of the Estate of RACHEL MARTURELLO, et al,

Plaintiffs,

v.

NATIONAL RAILROAD PASSENGER CORPORATION, et al,

Defendants.

Case No. C02-1080RSM

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

A settlement conference will be held with Judge Pechman at **9:30 a.m.** on **May 8, 2006** Settlement briefs, not to exceed five double-spaced pages per side, will be due two working days before the conference. The briefs are to be delivered to Judge Pechman's chambers at Room 14229, U.S. Courthouse at 700 Stewart Street, Seattle, Wa. The briefs are to include the following:

1. The status of negotiations, including the amount and conditions of the last offer made;
2. A statement of the strengths and weaknesses of the party's case and the strengths and weaknesses of the opponent's case;
3. The issues which pose an impediment to settlement.

MINUTE ORDER

1  The settlement briefs need not be filed or served on opposing counsel.

2  **In addition to counsel, parties and insurers having authority to settlement and to adjust**
3  **pre-existing settlement authority if necessary, are directed to be present in person at the**
4  **settlement conference.**

7  Filed and entered this 19th day of April, 2006.

10                                    BRUCE RIFKIN, Clerk
11                                    By /s/ Eileen Scollard
12                                    In- Court Deputy Clerk

MINUTE ORDER